# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. CANEZ, | CV F 02-6067 REC DLB HC |
| Petitioner, | ORDER DENYING PETITIONER'S REQUEST FOR EVIDENTIARY HEARING, AND REQUEST FOR APPOINTMENT OF COUNSEL |
| v. | |
| RICHARD E. EARLY, Warden | [Docs. 35, 36] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 25, 2006, Petitioner filed a motion for the Court to hold an evidentiary hearing, and a motion for the appointment of counsel. (Court Docs. 35, 36.)

In Findings and Recommendations issued herewith, the Court has denied the instant petition for writ of habeas corpus on the merits, and specifically stated that an evidentiary hearing was not warranted. Therefore, because the instant petition for writ of habeas corpus can be resolved without the necessity of an evidentiary hearing, Petitioner's motion is denied.

With regard to Petitioner's motion for the appointment of counsel, Petitioner is advised that there currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of

1

justice so require." <u>See</u>, Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel, as the instant petition is without merit for the reasons stated in the Findings and Recommendations issued concurrently herewith.  Accordingly, petitioner's request for appointment of counsel is DENIED.

IT IS SO ORDERED.

Dated:   **June 1, 2006**                    **/s/ Dennis L. Beck**
3b142a                                              UNITED STATES MAGISTRATE JUDGE