UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS O. CANEZ,<br><br>    Petitioner,<br><br>    v.<br><br>RICHARD E. EARLY, Warden,<br><br>    Respondent. | 1:02-CV-6067 AWI DLB HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #40) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 22, 2006, petitioner filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

Dated:   July 5, 2006              /s/ Dennis L. Beck
ah0l4d                            UNITED STATES MAGISTRATE JUDGE