UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS A. CANEZ, | ) | 1:02-cv-06067-AWI-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 38) |
| v. | ) | |
| | ) | **ORDER DENYING PETITION FOR** |
| RICHARD E. EARLY, Warden, | ) | **WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On June 2, 2006, the Magistrate Judge filed Findings and Recommendations that the petition for writ of habeas corpus be DENIED, and the Clerk of Court be DIRECTED to enter judgment in favor of Respondent. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On August 9, 2006, Petitioner filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's

1

Findings and Recommendations are supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

One issue deserves further analysis.  In his objections, Petitioner notes that the Magistrate Judge stated in the Findings and Recommendations that in the petition for writ of habeas corpus filed in the California Supreme Court, "Petitioner indicated that during his preliminary hearing, former attorney elicited testimony demonstrating that the chain of custody controls were violated as to these samples."  (F&R, at 19-20.) However, neither Respondent nor the Court found a copy of the transcript of Petitioner's preliminary hearing in the record on appeal.  (Id. at 20.) Petitioner has submitted a copy of his preliminary hearing transcript.  (Attachment to Objections.)  Petitioner merely submits the entire 170 pages of the preliminary hearing transcript, without any argument or reference as to what evidence was elicited regarding the chain of custody of urine and blood samples. Nonetheless, the Court has reviewed the preliminary hearing transcript and both the prosecution and defense counsel elicited testimony regarding the chain of custody of the urine and blood samples.  (See RT 53-58, 63-64, 65-66, et seq.)  However, as stated in the Findings and Recommendations no chain of custody issues were raised at trial, likely because there is no merit to such a challenge, as the record amply supports an unbroken chain of custody of the samples. As such, counsel could not have been ineffective for failing to raise such an argument, nor was Petitioner prejudiced thereby.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 2, 2006, are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DENIED; and,

3. The Clerk of Court enter judgment in favor of Respondent.

IT IS SO ORDERED.

**Dated:   November 19, 2006**             /s/ Anthony W. Ishii
0m8i78                            UNITED STATES DISTRICT JUDGE